UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK POPOVICH, | No. 1:19-cv-01758-AWI-GSA (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE; AND ORDER FOR CLERK TO CLOSE CASE |
| v. | |
| IGBINOSA, et al., | (Doc. No. 15) |
| Defendants. | |

Plaintiff Frank Popovich is a state prisoner proceeding pro se and in forma pauperis with this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On February 1, 2021, findings and recommendations were entered, recommending that this action be dismissed for Plaintiff's failure to prosecute. Doc. No. 15. Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. The fourteen-day time period has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Eastern District of

---

[1] On February 19, 2021, the United States Postal Service returned as undeliverable the findings and recommendations order that was mailed to Plaintiff. See Popovich v. Igbinosa, No. 1:19-cv-01758-AWI-GSA (E.D. Cal.) (docket). A notation on the envelope indicates "Return to Sender, Unclaimed, Unable to Forward." Id. Plaintiff has not notified the Court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Eastern District of California Local Rule 182(f).

California Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the magistrate judge on February 1, 2021 (Doc. No. 15), are ADOPTED in full;
2. This action is DISMISSED, without prejudice, for Plaintiff's failure to prosecute; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  __March 1, 2021__           _____
                                              SENIOR  DISTRICT  JUDGE